1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MISAEL AVILA AND SERGIO AVILA,<br><br>             Plaintiff,<br><br>  v.<br><br>NAIMAT KADAH INTERNATIONAL, INC. DBA KABAB AND CURRY'S, ET AL.,<br><br>             Defendants. | Case No.: C 11-01771 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

      On May 3, 2011, Defendants Naimat Kadah International, Inc. doing business as Kabab and Curry's and Mohammad Usman moved to dismiss.  This case has been assigned to the undersigned magistrate judge.  Before the court takes any further action on the motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge.  Therefore,

      IT IS HEREBY ORDERED that no later than May 13, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."  Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

ORDER, *page 1*

1  www.cand.uscourts.gov.

2  Dated:   May 4, 2011

  _____
3  PAUL S. GREWAL
   United States Magistrate Judge