

FILED

JUN 0 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MISAEL AVILA AND SERGIO AVILA, <br><br> Plaintiffs, <br><br> v. <br><br> NAIMAT KADAH INTERNATIONAL, INC., ET AL. <br><br> Defendants. | Case No.: C 11-1771 PSG <br><br> **ORDER DENYING DEFENDANTS' MOTION TO DISMISS** <br><br> (Docket No. 4) |

    Defendants Naimat Kadah International Inc., doing business as Kabab and Curry's, and Mohammad Usman move to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiffs Misael Avila and Sergio Avila oppose the motion. No reply was filed. Having reviewed the papers and considered the arguments of counsel, the court finds that no hearing is required and that the motion may be resolved on the papers.

    Defendants challenge the sufficiency of Plaintiffs' state and federal wage-and-hour claims because the plaintiffs' complaint does not identify, among others things, "the period of any alleged violations, the time of the violation, the nature of the violation . . . the nature of the harm caused by the defendants . . . or the loss suffered by the plaintiffs." Defendants, however, cite no case law whatsoever establishing a requirement to plead such facts under the Federal Rules of

Civil Procedure or the two cases cited - *Shroyer*[1] and *Iqbal*[2] - and the court has found none. Based on its own review of the complaint the court is satisfied that Plaintiffs have met their burden of stating a factually plausible claim to relief. Accordingly, Defendants' motion to dismiss is DENIED.

**IT IS SO ORDERED**

Dated: 6/8/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *Shroyer v. New Cingular Wireless Services, Inc.*, 622 F.3d 1035 (9th Cir. 2009).

[2] *Ashcroft v. Iqbal*, ___ U.S. ___, ___, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009).