UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MISAEL AVILA AND SERGIO AVILA, <br><br> Plaintiffs, <br> v. <br><br> NAIMAT KADAH INTERNATIONAL, INC., ET AL., <br><br> Defendants. | Case No.: 11-CV-01771 PSG <br><br> **ORDER REFERRING CASE TO SETTLEMENT CONFERENCE** |

The parties are hereby REFERRED to U.S. Magistrate Judge Nathanael Cousins for settlement conference. Without delay, they shall contact his Courtroom Deputy Lili Harrell at (415) 522-2039 to schedule it.

**IT IS SO ORDERED.**

Dated: 6/21/2012

PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: C 11-01771 PSG
ORDER