Tyler M. Paetkau (SBN 146305)
Olga Savage (SBN 252009)
HARTNETT, SMITH & PAETKAU
777 Marshall Street
Redwood City, CA 94063
Telephone:    (650) 568-2820
Facsimile:     (650) 568-2823

Gopalan Nair (SBN 181423)
39737 Paseo Padre Pkwy, Suite A1
Fremont, CA 94583
Telephone:    (510) 657-6107
Facsimile:     (510) 657-6914

Attorney for Defendants
NAIMAT KADAH INTERNATIONAL INC.,
dba KABAB AND CURRY'S, and
MOHAMMAD USMAN

Adam Wang, Esq.
Law Offices of Adam Wang
12 S. First Street, Suite 708
San Jose, CA 95113
adamqwang@gmail.com

Attorneys for Plaintiffs MISAEL AVILA and
SERGIO AVILA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL AVILA, SERGIO AVILA,<br><br>Plaintiffs,<br><br>vs.<br><br>NAIMAT KADAH INTERNATIONAL, INC., *dba* KABAB AND CURRY'S, MOHAMMAD USMAN, DOES 1 to 10<br><br>Defendant. | **CASE NO. CV11-01771 PSG**<br><br>**STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** AND ORDER<br><br>Old date:  Dec. 6, 2013<br>New date: Dec. 9, 2013 |

## STIPULATION

WHEREAS, the Court has scheduled a Mandatory Settlement Conference ("MSC") in this action, requiring the attendance of Plaintiffs MISAEL AVILA and SERGIO AVILA and Defendants NAIMAT KADAH INTERNATIONAL INC., dba KABAB AND CURRY'S, and MOHAMMAD USMAN, on December 6, 2013, at 1:00 p.m., San Francisco Courthouse, Courtroom A - 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, before United States Magistrate Judge Nathaniel Cousins;

WHEREAS, Defendants NAIMAT KADAH INTERNATIONAL INC., dba KABAB AND CURRY'S, and MOHAMMAD USMAN have a scheduling conflict, and Plaintiffs have agreed to reschedule the MSC before Judge Cousins to take place at the same place on December 9, 2013 at 9:00 a.m., pending the Court's availability;

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their designated counsel of record that the MSC shall be continued from December 6, 2013 to December 9, 2013 at 9:30 a.m. ~~as stated above~~.

IT IS SO STIPULATED.

Date: December 3, 2013

                /s/ Adam Wang
                Adam Wang
                Attorney for Plaintiffs
                MISAEL AVILA and SERGIO AVILA

Date: December 3, 2013

                /s/ Tyler M. Paetkau
                Tyler M. Paetkau
                Hartnett, Smith & Paetkau
                Attorney for Defendants
                NAIMAT KADAH INTERNATIONAL,
                INC. and MOHAMMAD USMAN

PURSUANT TO THE ABOVE STIPULATION BY THE PARTIES, IT IS SO ORDERED.

1

Date: December __4__, 2013



_____
Nathanael M. Cousins
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins